UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| AMY BETH MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-180-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

## JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion and Order filed this day, the Court finds Plaintiff's Motion for Summary Judgment [Doc. 16] is GRANTED and Defendant's Motion for Summary Judgment [Doc. 18] is DENIED. Accordingly, the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceedings consistent with this Memorandum Opinion.

ENTER:

                                                  *s/John L. Medearis*
                                                  CLERK OF COURT